### DONALDSON *v.* DONALDSON.

FISH, C. J. In view of the facts alleged in the petition and the general prayer for relief, the case is controlled by the decision this day rendered in *Cooney* v. *Walton*, ante, and the court did not err in overruling a general demurrer to the petition.

*Judgment affirmed. All the Justices concur.*

No. 1966. FEBRUARY 21, 1921.

Equitable petition. Before Judge Wright. Floyd superior court. March 12, 1920.

*Max Meyerhardt,* for plaintiff in error.

*L. A. Dean* and *Willingham, Wright & Covington,* contra.